IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA C. SCHULTE, | |
| Plaintiff, | 4:19CV3023 |
| vs. | ORDER |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

The parties are currently engaged is settlement discussions.

Accordingly,

IT IS ORDERED:

1) The parties' joint request to continue the Rule 26(f) Report deadline is granted.

2) On or before May 22, 2019, the parties shall either file a joint stipulation for dismissal of this case, or their Rule 26(f) Report for setting a case progression order to trial.

Dated this 8th day of May, 2019.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge